ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :      **UNSEALING ORDER**
                                 :
ANDREY YEFIMOV,                  :      07 Cr. 1197
                                 :
              Defendant.         :
                                 :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned Indictment was returned on December 19, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED, that, the Indictment docketed as 07 Cr. 1197 be unsealed.

Dated: New York, New York
       December 21, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 1 2007