ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v. -                    :   **UNSEALING ORDER**

ANDREY YEFIMOV,                   :   07 Cr. 1197

           Defendant.        :

- - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned Indictment was returned on December 19, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED, that, the Indictment docketed as 07 Cr. 1197 be unsealed.

Dated: New York, New York
      December 21, 2007

SO ORDERED:

*/s/ Ronald L. Ellis*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

      RONALD L. ELLIS
  United States Magistrate Judge
  Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 21 2007