UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

ANDREY YEFIMOV,

             Defendant.

07 CR. 1197 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

Indictment 07 Cr. 1197 was unsealed and the Defendant was arraigned before United States Magistrate Judge Ronald L. Ellis on December 21, 2007. Accordingly, it is hereby

**ORDERED** that the parties appear for an initial conference on this matter on January 11, 2008 at 11:15 a.m.

**SO ORDERED:**

Dated:    New York, New York
             4 January 2008

                                    Victor Marrero
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08