UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

ANDREY YEFIMOV,

             Defendant.

07 CR. 1197 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The matter was adjourned until February 22, 2008. All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act.

    It is hereby ordered that the time until February 22, 2008 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:    New York, New York
            11 January 2008

                                                    Victor Marrero
                                                    U.S.D.J.