```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

UNITED STATES OF AMERICA

       -against-

ANDREY YEFIMOV,

               Defendant.

07 CR. 1197 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    At the conference held on January 11, 2008, the matter was adjourned until February 22, 2008 at 10 a.m., which conflicts with the Court's schedule. Accordingly, it is hereby

    **ORDERED** that the parties appear for the next conference on February 22, 2008 at 4:30 p.m.

**SO ORDERED:**

Dated:    New York, New York
               16 January 2008

                                         Victor Marrero
                                         U.S.D.J.