# MICHAEL ROSEN
LAW OFFICES
61 BROADWAY · SUITE 1105
NEW YORK, NEW YORK 10006

TEL (212) 742-1717                                                                                           FAX (212) 248-4068

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08

February 26, 2008

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    United States v. Andrey Yefimov
                       07CR 1197 (VM)

Dear Judge Marrero:

      I represent the defendant Andrey Yefimov. Pursuant to Your Honor's direction made in open court on February 22, 2008, please consider this letter as an application to extend my client's bail limits, for business travel, to the continental United States. Neither AUSA Jonathan New nor Pretrial Services officer Mildred Santana oppose this request.

      Mr. Yefimov understands that he is to provide Pretrial Services with appropriate advance notice, as directed by Pretrial Services, of any such contemplated travel including, dates and times of travel, name and telephone number of any place that he may stay overnight on any such trip and any other contact number that Pretrial Services requests. Mr. Yefimov will also notify Pretrial Services upon his return to New York.

      Thank you for your consideration.

                                          Respectfully,

                                          Michael Rosen

MR:wp
cc:   AUSA Jonathan New
       Pretrial Services Officer Mildred Santana

---

Request GRANTED. The bail conditions of defendant Andrey Yefimov herein are modified to permit travel to the Continental United States on advance notice to Pretrial Sv. for the purposes and on the terms and conditions set forth above.

SO ORDERED:

2-28-08
DATE                 VICTOR MARRERO, U.S.D.J.