```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          -against-<br><br>ANDREY YEFIMOV,<br><br>                    Defendant. | 07 CR. 1197 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the next conference for defendant be rescheduled from June 13, 2008 to July 10, 2008, at 9:45 a.m. All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until July 10, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

SO ORDERED:

Dated: New York, New York
       13 June 2008

                                    /s/ Victor Marrero
                                    _____
                                    Victor Marrero
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-08



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2008

**BY FAX**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Andrey Yefimov**
    07 Cr. 1197 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter, on consent, to request that the conference scheduled in this matter for Friday, June 13, 2008, be adjourned until July 10, 2008, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act.

The adjournment is requested jointly by the parties, who are in the process of discussing a possible disposition of this matter. Defense counsel Michael Rosen has specifically consented to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

cc: Michael Rosen, Esq.